UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

**Francisca Menendez**

        Plaintiff(s),

    -against-

**Palisades Collection LLC, et ano**

        Defendant(s).
-------------------------------------------------------x

1:09-cv-05548-RPP

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09

**ROBERT P. PATTERSON, JR., U.S.D.J.**

The case management conference originally scheduled for Thursday, August 13, 2009 at 9:00 am is hereby adjourned to Monday, August 17, 2009 at 9:30 am.

IT IS SO ORDERED.

Dated: New York, New York
       August 7, 2009

*/s/ Robert P. Patterson*
Robert P. Patterson, Jr.
U.S.D.J.

1

Copy of this Order sent to:

Attorney for the Plaintiff

**Sean Christopher Serpe**
Serpe & Associates, P.C.
450 Seventh Avenue
Suite 2601
New York , NY 10123
(212)725-3600
Fax: (212)385-4600
Email: serpe@peltonserpe.com


Attorney for the Defendants

**Jonathan Justin Greystone**
Spector Gadon & Rosen, P.C. (PA)
1635 Market Street, 7th Floor
Philadelphia , PA 19103
215 241 8927
Fax: (215)-241-8844
Email: jgreystone@lawsgr.com


**Mitchell Lee Williamson**
Pressler and Pressler (NJ)
16 Wing Drive
Cedar Knolls , NJ 07927
(973)-753-5100
Fax: (845)-818-3829
Email: mwilliamson@pressler-pressler.com